EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

KENNETH M. SORENSON
EDRIC M. CHING
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 21 2002
at __ o'clock and __ min. __M
WALTER A.Y.H. CHINN, CLERK

CR02-00488 SOM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00851 BMK |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | [21 U.S.C. §846, 21 U.S.C. |
| ) | §841(a)(1), 21 U.S.C. |
| ) | §841(b)(1)(A)(viii) and |
| MATTHEW PERALTA (01) ) | 18 U.S.C. §2] |
| MARICELA MARIN (02) ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about between March 2002 and November 8, 2002 in the District of Hawaii and elsewhere, the defendants, MATTHEW PERALTA and MARICELA MARIN did knowingly and intentionally conspire together and with each other, and with other persons known and unknown to the Grand Jury, to distribute and possess

with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(A)(viii).

### MANNER AND MEANS OF ACCOMPLISHING CONSPIRACY

In order to facilitate their plan to distribute and possess with intent to distribute methamphetamine, MATTHEW PERALTA and MARICELA MARIN distributed methamphetamine to sub-dealers and users of the methamphetamine.

### OVERT ACTS

In furtherance of the aforesaid conspiracy, and in order to accomplish the illegal objectives thereof, overt acts were committed in the District of Hawaii and elsewhere by members of the conspiracy, including, but not limited to, the following acts:

1. On or about October 1, 2002, in Honolulu, Hawaii, in the District of Hawaii, MATTHEW PERALTA agreed to "front" one pound of methamphetamine to an individual ("Purchaser").

2. On or about October 1, 2002, MARICELA MARIN delivered the methamphetamine on behalf of MATTHEW PERALTA to the Purchaser.

3. On or about October 3, 2002, MATTHEW PERALTA, in a telephone conversation, told the Purchaser to deliver a partial

payment for the methamphetamine to MARICELA MARIN at his residence.

    4.   On or about October 3, 2002, MARICELA MARIN received $3,980.00 from the Purchaser which represented partial payment for the fronted methamphetamine.

    5.   On or about October 12, 2002, MATTHEW PERALTA received a $6,020.00 payment from the Purchaser as an additional partial payment for the fronted methamphetamine.

    6.   On or about October 22, 2002, MATTHEW PERALTA received another $9,620.00 partial payment for the fronted crystal methamphetamine from the Purchaser.

    7.   On or about November 8, 2002, MATTHEW PERALTA distributed half a pound of methamphetamine to the Purchaser.

All in violation of Title 21, United States Code, §846.

## COUNT 2

The Grand Jury further charges:

On or about October 2, 2002, in the District of Hawaii, MATTHEW PERALTA and MARICELA MARIN, the defendants, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code §2.

COUNT 3

The Grand Jury further charges:

On or about November 8, 2002, in the District of Hawaii, MATTHEW PERALTA, the defendant, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(A)(viii).

DATED: November 21, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
KENNETH M. SORENSON
EDRIC M. CHING
Assistant U.S. Attorneys